**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**COREY D. PERKINS,
ADC # 112808**                                                                                          **PLAINTIFF**

V.                                       No. 2:10CV00127 JMM-BD

**JOE HUGHES,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for default judgment (docket entry #24) is DENIED, this 12th day of January, 2010.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE