UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

COREY D. PERKINS,
ADC # 112808                                                                                          PLAINTIFF

V.                          No. 2:10CV00127-JMM-BD
JOE HUGHES, et al.                                                                                  DEFENDANTS

## ORDER

Plaintiff Corey D. Perkins, an inmate at the Arkansas Department of Correction, East Arkansas Regional Unit, filed this action *pro se* under 42 U.S.C. § 1983 on September 3, 2010. The only remaining claim is deliberate indifference to serious medical needs and the remaining parties are Defendants Hughes, James, Swiney, and Campbell. The Plaintiff has requested trial by jury (docket entry #2).

Dispositive motions may be filed on or before June 8, 2011. Absent the filing of dispositive motions, the Court will appoint counsel for the Plaintiff and notify Judge James M. Moody that a jury trial setting on his docket is appropriate.

IT IS SO ORDERED this 11th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE