**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**COREY D. PERKINS,
ADC # 112808**                                                                                            **PLAINTIFF**

V.                                          No. 2:10CV00127 JMM-BD

**JOE HUGHES,** *et al.*                                                                         **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion to dismiss filed by Defendants Swiney and Campbell (docket entry #22) is GRANTED in part, and DENIED in part. Plaintiff's claims for money damages against these Defendants are DISMISSED with prejudice. Plaintiff is permitted to proceed on his claim that these Defendants acted with deliberate indifference to his medical needs.

IT IS SO ORDERED this 18th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE