UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**COREY D. PERKINS**                                                                                    **PLAINTIFF**

V.                           No. 2:10CV00127-JMM-BD

**JOE HUGHES, et al.**                                                                                **DEFENDANTS**


## RECOMMENDED DISPOSITION

I.    **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Judge James M. Moody.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

II.     **Background**:

On September 3, 2010, Corey Perkins, formerly an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983 (docket entry #2).  On September 28, 2010, Mr. Perkins was permitted to proceed *in forma pauperis*.  (#10)

On May 31, 2011, both the ADC Defendants and the CMS Defendants filed motions to dismiss this case for failure to prosecute.  (#48 and #50)  The Defendants stated that Mr. Perkins had not responded to their discovery requests and had not participated in this lawsuit since he was released from prison.

On June 2, 2011, the Court informed Mr. Perkins that it is this Court's policy to require inmates to submit current financial information after they are released from prison and ordered Mr. Perkins to file an updated application for leave to proceed *in forma pauperis*.  In addition, the Court notified Mr. Perkins of his opportunity to respond to the Defendants' motions to dismiss.  Mr. Perkins was cautioned that his failure to comply with the order could result in dismissal of this action.

As of this date, Mr. Perkins has not filed an updated application for leave to proceed *in forma pauperis*.  In addition, he has not responded to the Defendants' motions to dismiss.

III.    **Conclusion**:

The Court recommends that the motions to dismiss (#48 and #50) be GRANTED and that Mr. Perkins's claims be DISMISSED without prejudice.

DATED this 7th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE