UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**COREY D. PERKINS**                                                              **PLAINTIFF**

**V.**                  **No. 2:10CV00127-JMM-BD**

**JOE HUGHES, et al.**                                           **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motions to dismiss (docket entries #48 and #50) are GRANTED and Mr. Perkins's claims are DISMISSED without prejudice.

IT IS SO ORDERED, this 26th day of July, 2011.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE