# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**COREY D. PERKINS**                                                      **PLAINTIFF**

**V.**                      **No. 2:10CV00127-JMM-BD**

**JOE HUGHES, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE